**LINDA BOMBARDIER**       \*      **NO. 2021-CA-0590**

**VERSUS**      \*      **COURT OF APPEAL**

**RICHARD CLASEN,**      \*      **FOURTH CIRCUIT**
**FARMERS INSURANCE**
**GROUP, AND PROGRESSIVE**      \*      **STATE OF LOUISIANA**
**SECURITY INSURANCE**
**COMPANY**      \*

     \*

\* \* \* \* \* \* \*


*JCL*      **LOBRANO, J., DISSENTS FOR THE REASONS ASSIGNED BY JENKINS, J.**